United States District Court
District of Massachusetts

| | |
|---|---|
| Othmane Harrar,<br><br>        Petitioner,<br><br>    v.<br><br>Antone Moniz, et al.,<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>)    26-11340-NMG<br>)<br>)<br>)<br>) |

ORDER

GORTON, J.

This petition for writ of habeas corpus (Docket No. 1) was filed by petitioner Othmane Harrar ("petitioner" or "Harrar").[1] He contends that Antone Moniz and other named respondents ("respondents") have detained him in violation of his rights under the Fourth and Fifth Amendments to the United States Constitution and he seeks an order of this Court directing the government either to release him or to afford him a bond hearing pursuant to 18 U.S.C. §1226(a).

Respondents agree that petitioner is in custody pursuant to §1226(a) and is therefore entitled to bond hearing under that statutory provision. It is apparent from the petition, however, that Harrar has yet to request such relief from the government.

---

[1] Petitioner filed his petition under the name "O. Harrar" but is hereby directed to use his full name in all future pleadings.

-1-

The petition for writ of habeas corpus (Docket No. 1) is therefore **DENIED** without prejudice.  It may be refiled if and when petitioner exhausts the administrative remedies afforded to him by §1226(a).


**So ordered.**


_Nathaniel M. Gorton_
Nathaniel M. Gorton
Senior United States District Judge


Dated: April 6 , 2026